UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

DONALD L. HARRISON,

    Plaintiff,

v.                                                            Case No. 5:23-cv-199-MCR/MJF

INTERNAL REVENUE SERVICE and J. E. PRANTNER,

    Defendants.

_____/

## ORDER

This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated November 21, 2023. (ECF No. 11). The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). There have been no timely filed objections.

Having considered the Report and Recommendation and the record, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1.    The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

2. This action is dismissed without prejudice for failure to comply with two court orders and failure to prosecute.

3. The clerk of the court shall close the case file.

**DONE AND ORDERED** this 18th day of January 2024.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**